# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 8: 25-cr-384-SDM-AAS

**ALEKSANDR GOLOVCHENKO**

_____/

## WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Robert George Owens, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including July 31, 2026, regarding the Indictment filed herein.

EXECUTED this ___19th___ day of ___March_____, 2026.

_____                    _____
Aleksandr Golovchenko                       Ryan J. Maguire, Esq
Defendant                                   Assistant Federal Defender
                                            Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___19th___ day of March 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Courtney Derry, AUSA

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org