UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

ESSENTIAL ELEMENTS

COUNTS ONE THROUGH THREE

The essential elements of a violation of 18 U.S.C. § 2251(a), production of

child pornography, are as follows:

First:      an actual minor, that is, a real person who was less than 18 years old, was depicted;

Second:     the Defendant employed, used, persuaded, induced, enticed or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction, e.g., video tape of the conduct;

Third:      either the Defendant knew or had reason to know that the visual depiction would be transported in interstate or foreign commerce; or the visual depiction was actually transported in interstate or foreign commerce.

<u>PENALTY</u>

The penalty for the offense charged in Count One through Three of the Indictment is a mandatory minimum term of imprisonment of 15 years up to 30 years, a term of supervised release of five years up to life, a $250,000 fine, a $100 special assessment, and a assessment up to $50,000 pursuant to 18 U.S.C. § 2259(A)(a)(3).

<u>COUNTS FOUR AND FIVE</u>

The essential elements of a violation of 18 U.S.C. § 2422(b), coercion and enticement of a minor to engage in sexual activity, are as follows:

<u>First</u>: the defendant knowingly persuaded, induced, enticed, or coerced an individual under the age of 18 to engage in sexual activity, as charged;

<u>Second</u>: the defendant used the mail or a facility and means of interstate commerce (including a cell phone and/or the internet) to do so;

<u>Third</u>: when the defendant did these acts the individual was less than 18 years old; and

<u>Fourth</u>: one or more of the individual(s) engaging in the sexual activity could have been charged with a criminal offense under the laws of Florida.

<u>PENALTY</u>

The penalty for the offenses charged in Count Four and Count Five of the Indictment is a mandatory minimum term of imprisonment of ten years up to life, a term of supervised release of five years up to life, a $250,000 fine, and a $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253 and 2428, as outlined in the Indictment. The property to be forfeited includes: an Apple iPhone 14 Pro Max.

### SEX OFFENDER REGISTRATION AND NOTIFICATION

Under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school.  Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student.  The defendant must update his registrations not later than three business days after any change of name, residence, employment, or student status.  Failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

### RESTITUTION

Pursuant to 18 U.S.C. §§ 2259 and 3663, the defendant will be required to make full restitution to all identified victims of an offense of conviction. Compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (28 U.S.C. § 3003(b)(2)), including, but not limited to, garnishment and

execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant's restitution obligation is satisfied.

FACTUAL BASIS

In or around January 2025, the 11-year-old victim met 48-year-old Aleksandr Golovchenko online. Golovchenko and the victim communicated via various social media sites including Tik Tok and Snapchat from approximately January 2025 through March 2025. At the time of the offenses, the victim resided in Sarasota, within the Middle District of Florida, and Golovchenko resided in Oregon.

In April 2025, law enforcement interviewed the victim and her parents. Law enforcement obtained consent to review the victim's cell phone and also obtained court-authorized search warrants for the victim and Golovchenko's Snapchat accounts. Law enforcement located numerous images and videos depicting the victim engaged in sexually explicit conduct within the records for the accounts. Law enforcement also located video-chats between Golovchenko and the victim in which Golvochenko's face is clearly visible. Within the conversations, it is made clear that the victim is a minor. Below are excerpts of conversations between the victim and Golovchenko:

The following excerpt is from March 3, 2025:

Golovchenko: Also baby why you won't let me see all your full pictures of your boobies
VICTIM: Because it's illegal
Golovchenko: But idc
Golovchenko: And stop saying it's illegal I mean frr
VICTIM: But it kinds is
VICTIM: It's child pornography

Golovchenko: Stop!!!
VICTIM: Wydm
Golovchenko: We love each other
VICTIM: But if im nude it's child porn
Golovchenko: You letting me see you cuz I'm your BOYFRIEND
VICTIM: But the pic is still illegal
VICTIM: Did you know that?
Golovchenko: AND I can always save it and the we can delete it so it's not in snap after
Golovchenko: Look I told you stop cuz if you with me is illegal but you still wanting to be with me
Golovchenko: So stop!!!
VICTIM: Ok fine
VICTIM: I'm going to sleep
Golovchenko: I'm your boyfriend and I should be able seeing my girlfriend
VICTIM: But us being together isn't legal unfortunately

On March 3, 2025, there is a chat conversation over Snapchat where

Golovchenko coerces and entices the victim to send him pictures of her vagina.

Below is a summary of the conversation:

Golovchenko: Baby I wanna see a lil better of you please
VICTIM: Idk what you want to see
Golovchenko: Yesss I really want your titties that's true
Golovchenko: Show me more baby pleaseeee
VICTIM: THATS ALL YOURE GETTING
Golovchenko: Mmmm omggg yesss you know how to make me feel good baby
Golovchenko: Please show me more
Golovchenko: No I didn't mean titties baby
Golovchenko: I mean are you wearing panties now
VICTIM: Yes but they're shorts
Golovchenko: It's ok baby this way I can see you in your booty shorts
VICTIM: Ok I'm taking one more picture
Golovchenko: Hold on please I didn't tell you how I want you
Golovchenko: Omggg baby please I love your thick beautiful sexy thighs
Golovchenko: Please can you spread your legs wide open for me
Golovchenko: Put your camera just right there where your pussy baby pleaseee
VICTIM: Why
VICTIM: I said one more pic
VICTIM: You just want my body

Golovchenko: Because I wanna be eating your tight lil pussy baby pleaseee do it just this once
Golovchenko: No baby I'm just horny but that's for you and I only asking just one more picture
Golovchenko: Your pussy is really the best baby and I love the v groove baby
Golovchenko: I wish tho you would put the camera lower for me so I could see it better cuz that's what I wanted bab
VICTIM: Can I change underwear
Golovchenko: Sure baby but show everything for your daddy ok my love
Golovchenko: I want you spreading your legs really really wide my beautiful good lil girl ok
VICTIM: I cant take a good pic
VICTIM: Can you demonstrate
Golovchenko: And showing your tight fat lil pussy pleas
Golovchenko: Baby I explained so no demonstration need it

On March 4, 2025, the victim sent an image to Golovchenko through Snapchat of the victim engaged in sexually explicit conduct showing a zoomed in view of a nude vagina and anus.

On or about March 10, 2025, the victim sent a video from Snapchat to Golovchenko of her digitally penetrating her vagina. The following messages were sent after this video:

Golovchenko: Baby and you making videos literally rubbing and fingering your pussy for daddy
VICTIM: Alr
Golovchenko: Showing me completely everything baby
Golovchenko: Baby you better make sure you doing soo hot for daddy as you did before baby
Golovchenko: I want you fingering your pussy and being wet soo fucking bad baby
Golovchenko: And I wanna hear you moan babe like you did

On March 13, 2025, the victim and Golovchenko engaged in the following video chat-recording on Snapchat:

Golovechenko's face is visible and he appears to be lying in bed, speaking to the victim. The victim has the camera pointed below her waist and her vagina is visible. The victim is digitally penetrating her vagina. Golovchenko can be heard telling the victim, "it's okay baby, it's okay." "Lower the camera and show that pussy being fucked so hard." "You're my good little girl." "Are you getting horny baby?" "You gonna fuck that pussy for daddy?" "Just like that, keep fucking that pussy." Golovchenko then moves the camera from his face to his erect penis, which he is masturbating. Golovchenko continues speaking in a similar manner while masturbating.

During a forensic interview of the victim, she confirmed sending sexually explicit material to Golovchenko. For the actions described above, a person engaging in the sexual activity could have been charged with Prohibited Computer Usage, in violation of Florida Statute 847.0135(3)(a).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Courtney Derry
Courtney Derry
Assistant United States Attorney
Florida Bar No. 41125
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Courtney.Derry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Courtney Derry*
Courtney Derry
Assistant United States Attorney
Florida Bar No. 41125
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Courtney.Derry@usdoj.gov
