**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:25-cr-384-JLB-AAS | **DATE:** | April 29, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSANDR GOLOVCHENKO | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Muriel Moore for Courtney Derry | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:**  Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 2:05 PM – 2:58 PM | **TOTAL:** 53 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

## PROCEEDINGS: GUILTY PLEA PROCEEDINGS

(X)    Defendant sworn.

(X)    Court advises of defendant's Rule 11 rights.

(X)    Notice of maximum penalty filed. (Doc. 31)

(X)    Plea of guilty entered as to Counts One, Two, Three, Four, and Five of the Indictment.

(X)    Factual basis established.

(X)    Guilty plea accepted.

(X)    Referred to probation for pre-sentence investigation.

(X)    Sentencing to be scheduled by separate notice before District Judge Badalamenti.

(X)    Defendant remains in custody.