## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before me pursuant to Rule 11, Fed.
R. Crim. P. entered a plea of guilty to **Counts One, Two, Three, Four, and
Five of the Indictment**. After cautioning and examining the defendant under
oath concerning each of the subjects in Rule 11, I determined that the guilty plea
was knowledgeable and voluntary, and that the offense charged is supported by
an independent basis in fact containing each of the essential elements of such
offense. Therefore, I recommend that the plea of guilty be accepted and that the
defendant be adjudged guilty and have a sentence imposed accordingly.

Date:   February 29, 2026

AMANDA ARNOLD SANSONE
United States Magistrate Judge

### NOTICE

The parties have fourteen days from the date they are served a copy of this report to file written
objections to this report's proposed findings and recommendations or to seek an extension of the
fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.  A party's
failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge
on appeal the district court's order adopting this report's unobjected-to factual findings and legal
conclusions. 11th Cir. R. 3-1.