UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO

**UNITED STATES' MOTION FOR
PRELIMINARY ORDER OF FORFEITURE**

Pursuant to 18 U.S.C. § 2253 and 2428, and Fed. R. Crim. P. 32.2(b)(2), the United States of America moves for a preliminary order of forfeiture for an Apple iPhone 13 Pro Max assigned IMEI 358800350718384. In support of its motion, the United States submits the following.

**MEMORANDUM OF LAW**

I.      **Statement of Facts**

    A.      **Allegations Against the Defendant**

1.      The defendant was charged in an Indictment with production of child pornography, in violation of 18 U.S.C. § 2251(a) (Counts One through Three), and coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b) (Counts Four and Five). Doc. 1.

2.      The forfeiture allegations of the Indictment notified the defendant that, under the provisions of 18 U.S.C. § 2253 and 2428, the United States intended to forfeit the asset that was used or intended to be used to commit the offenses charged in Counts One through Five of the Indictment. *Id.* at 3-4.

## B.   Findings of Guilt

3.   On April 29, 2026, without the benefit of a plea agreement, the defendant pleaded guilty to Counts One through Five of the Indictment. Docs. 36, 39. The Court accepted his plea and adjudicated him guilty. Doc. 41.

4.   The United States' Notice of Maximum Penalty, Elements of Offense, Personalization of Elements and Factual Basis (Doc. 31), describes the conduct underlying the charges in the Indictment and provides support for the forfeiture of the assets described above.

## II.   Applicable Law

### A.   Forfeiture Statute

18 U.S.C. § 2428 authorizes the forfeiture of any property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2422(b) using the procedures outlined in 21 U.S.C. § 853. *See* 18 U.S.C. § 2428.

18 U.S.C. § 2253 authorizes the forfeiture of any property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252 and any property which contains a visual depiction of a minor engaged in sexually explicit conduct, using the procedures outlined in 21 U.S.C. § 853. *See* 18 U.S.C. § 2253.

### B.   Court's Determination of Forfeiture

Rule 32.2(b)(1) requires that as soon as practical after a verdict or finding of guilty, or a plea of guilty is accepted, the court must determine what property is

2

subject to forfeiture under the applicable statute. Where the government seeks forfeiture of specific property, the Court must determine whether the government has established the requisite nexus between the property and the offenses of conviction. Fed. R. Crim. P. 32.2(b)(1)(A).

The defendant's conviction on Counts One through Five are sufficient to establish the nexus between the iPhone and the offenses of conviction.

## III.    **Conclusion**

For the reasons stated above, the United States requests that, pursuant to 18 U.S.C. § 2253 and 2428, and Fed. R. Crim. P. 32.2(b)(2), the Court forfeit to the United States the asset identified above, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c). The United States further requests that the order of forfeiture become final as to the defendant at sentencing.

As required by Rule 32.2(b)(4)(B), the United States requests that the Court include the forfeiture when orally pronouncing the sentence and include the forfeiture order, directly or by reference, in the judgment. *See* Fed. R. Crim. P. 32.2(b)(4)(A) and (B).

Upon issuance of the Preliminary Order of Forfeiture, the United States will provide written notice to all third parties known to have an alleged legal interest in the property and will publish notice on the Internet at www.forfeiture.gov of its intent to forfeit the property. Determining whether a third party has any interest in the property must be deferred until a third-party files a claim. *See* Rule 32.2(c).

The United States requests that the Court retain jurisdiction to address any third-party interest that may be asserted and to complete the forfeiture and disposition of the property.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney

4