UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO

## PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for an Apple iPhone 13 Pro Max assigned IMEI 358800350718384.

Being fully advised of the relevant facts, the Court finds that the asset identified above was used or intended to be used to commit the offenses charged in Counts One through Five of the Indictment, for which the defendant was found guilty.

The United States' Motion for Preliminary Order of Forfeiture (Doc. 42) is **GRANTED**. Under 18 U.S.C. §§ 2253 and 2428, and Fed. R. Crim. P. 32.2(b)(2), the asset identified above is **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on June 1, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All parties of record including unrepresented parties, if any