**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                 **Case No. 8: 25-cr-384-SDM-AAS**

**ALEKSANDR GOLOVCHENKO**

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND ASSOCIATED DEADLINES

Defendant, Aleksandr Golovchenko, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue sentencing set August 13, 2026 by thirty (30) days. The government is not opposed to this request. As grounds in support thereof, Mr. Golovchenko, states

1. Mr. Alexandr Golovchenko had his initial appearance and arraignment before Honorable Thomas G. Wiloson on August 25, 2025, where he was charged via five-count indictment of three counts are production of child pornography, and two counts of coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2422(b). Docs. 1 and 11.

2. Mr. Golovchenko was ordered detained and has remained detained since his arrest. Doc. 11.

3. Mr. Golovchenko entered plea on April 29, 2026, of which this Court accepted. Docs. 36-41.

4. This case is for sentencing on August 13, 2026. Doc.41

5. Defense is seeking a one-month (30-day) continuance to permit undersigned counsel adequate time to review presentence interview report with Mr. Golovchenko. Undersigned counsel is presently out of state for training in Iowa and did not receive the report until his arrival there. Due to time constraints, undersigned would not be able to meet with Mr. Golovchenko until the week of sentencing. Undersigned needs additional time to review the PSR and complete objections, as such the defense respectfully requests a continuance of sentencing of thirty (30) days.

6. Undersigned has conferred with Assistant United States Attorney Courtney Derry, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Golovchenko is in agreement with this motion.

**MEMORANDUM OF LAW**

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Golovchenko argues that this motion satisfies the

2

criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Alexandr Golovchenko, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Golovchenko and enter an Order continuing the sentencing by one month.

DATED this 27th day of July, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.,
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Courtney Derry, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender

4