UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO

**UNITED STATES' MOTION FOR
FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of

Criminal Procedure, the United States of America moves for a Final Order of

Forfeiture for an Apple iPhone 14 Pro Max. In support of its motion, the United

States submits the following.

**MEMORANDUM OF LAW**

I.      **Statement of Facts**

1.      On June 1, 2026, the Court entered a Preliminary Order of

Forfeiture for the asset described above, pursuant to 18 U.S.C. § 2253 and 2428.

Doc. 43.

2.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the

United States published notice of the forfeiture and of its intent to dispose of the asset

on the official government website, www.forfeiture.gov, from June 2, 2026 through

July 1, 2026. Doc. 44. The publication gave notice to all third parties with a legal

interest in the asset to file with the Office of the Clerk—United States District Court,

Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North

Florida Avenue, Tampa, Florida 33602—a petition to adjudicate their interests within 60 days of the first date of publication.

3.      To date, no one has filed a Petition to Adjudicate Interest in the asset, and the time for filing such Petitions has expired.

## II.    Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov. Doc. 44.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the subject property of the United States' and its intent to dispose of the asset and gave instructions on filing a petition to adjudicate their interests in the asset. In

accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was June 2, 2026. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the asset was August 1, 2026, and the time for filing such a petition has expired.

Publication having been effected, and all claims or petitions to adjudicate an interest having been addressed, it is now appropriate to enter a final order of forfeiture for the asset.

## III.    Conclusion

The United States requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title and interest in the asset for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/*James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney