UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 8:25-cr-384-JLB-AAS

ALEKSANDR GOLOVCHENKO

_____

## FINAL ORDER OF FORFEITURE

The United States moves (Doc. 49) for a final order of forfeiture for an Apple iPhone 14 Pro Max, which was subject to a June 1, 2026 preliminary order of forfeiture (Doc. 43).

Under 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, from June 2, 2026, through July 1, 2026. (Doc. 44.) The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty days of the first date of publication. No one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the

asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

**ORDERED** in Tampa, Florida, on August 6, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE