# Exhibit B

*Letters of Support*

8/20/2026

Honorable Judge John L. Badalamenti,

My name is Golovchenko Galina. I was born on [redacted]/1949 in Ukraine. I had four children, two daughters and two sons: daughter Snezhana 1969, son Konstantin 1971, son Alex 1976, and daughter Nadezhda 1978. In 1986, when Ukraine had an acceded at a nuclear power plant in Chernobil, my youngest daughter Nadezhda was affected and died from cancer. After my daughter's passing, my husband abandoned our family, and I was raising my children as a single parent. To protect the rest of the family, in 1991 we took the opportunity to move to the United States. Within two weeks of arrival, I was able to go to work, to support our family.

Alex is my younger son. He was growing up as an obedient child. In school he was always praised for his being well behaved and well mannered student. At the age of 3 he had an incident. He fell, hit his head and remained unconscious for the next three hours. As a result, Alex started having seizures later in life. In addition to this, Alex had two main stresses in his young life. His younger sister died when he was only 12 years old. Shortly after that, his father's abandoned his family. This was a severe stress for Alex. After arriving in the US, in 1991, Alex attended high school and was very supportive and caring son. In the shop class he built some kitchen furniture that we use even until now. After high school he got employed and worked to support himself and me. He continued to study during the day at a local community college and worked in the evening to support himself. In his mid-twenties he got married. He loved his wife, but something went wrong and the couple separated. This was a third stress that resulted in increased seizures. As a result, he sought medical attention and now relies on medication to manage his seizures. His employers were happy with him, but his seizures restricted where he could hold a job. He has many great qualities. He is very trusting and always willing to help, and share the last that he has. He did not have children of his own, but he was always willing to help babysit his nieces and nephews. He always wanted to have the family of his own.

I miss him so much and I patiently wait for his return. His friends always ask about him. He never caused harm to anyone; he has a wonderful character and disposition. I implore the court for leniency and mercy toward Alex and me. When we spoke on the phone he said: "I will never visit that site anymore. I will erase everything."

Thank you for your attention and consideration given to Alex and me.

Sincerely,

Galina Golovchenko

Natalie Granov
[redacted]
Salem OR [redacted]
natagranov@gmail.com
07/30/2026

re: Character Reference for Aleksandr Golovchenko
Case# 8:25-cr-00384

Honorable Judge John L Badalamenti,

My name is Natalie Granov, and I am a Program Benefits Analyst at the Employment Department in Salem Oregon. I have known Aleksandr Golovchenko for over 30 years as a fellow church member back from teen years and as a good family friend. During this time, we have interacted periodically with Alex by phone, text and mostly in person.

I am writing this letter because I am fully aware of an open case and ongoing investigation. I understand the seriousness of these charges. Even so, I wanted to share my personal experience of who Aleksandr is as an individual and what I have experienced through the years of our relationship.

Over the years, I have come to know Alex as a compassionate person, always willing to give all he can, help, care for, and overall being very open and honest person. When our family was moving and we needed help, Alex was there no matter if he was busy or tired after work. He was always willing to go out of his way to help others and those in need. Alex was fun to be around with; his sense of humor and open mind has given us joy to be around him. Kids would also enjoy his presence, and we always felt his kind heart and love surrounding us and never feared.

I truly believe this incident does not represent the true character of Alex. This news came as a shock to me because it does not match the person I have known all these years.
He is valuable, hard-working, caring and friendly person who made severe errors in judgment and expressed deep remorse in some of the mistakes he has made.

I respectfully ask that the Court take overall good character, strong family support into account during these proceedings.

Thank you for your time and consideration in reading this letter.

Sincerely and respectfully,

Natalie Granov
Digitally signed by Natalie Granov
Date: 2026.07.30 09:59:35 -07'00'

Natalie Granov

To: The Honorable Judge, John L. Badalamenti

My name is Konstantin Kurts and I am Alex's Brother. I am writing this letter because I was asked to share my personal experience with him and the person I have known him to be throughout my life.

Alex has been a part of my life for as long as I can remember. Like any family, we have shared good memories, difficult moments, disagreements, and times when we have supported one another. Regardless of everything that has happened, he is still my brother, and that relationship is something I cannot simply separate from the situation he is facing now. I have known him to be someone who can be caring, funny, hardworking, and willing to help the people he loves.

Some of my memories of him are simply ordinary family moments like laughing together, spending time around family, and being there during different periods of our lives. Those experiences are the reason I felt that, if I was going to write this letter, I should at least be honest about the person I have personally known.

At the same time, I understand that the circumstances surrounding this case are serious. I am not writing this letter to tell the Court what decision it should make, nor am I in a position to speak to facts that I do not personally know. I also do not want to minimize the seriousness of the allegations or the importance of protecting the minor involved.

I can only speak honestly about my own experiences with my brother. I care about him because he is my family, and seeing him in jail and facing such serious circumstances has been difficult for our family. That does not mean that I believe my feelings as his brother should determine the outcome of this

case. I respect the Court's responsibility to consider the facts, the evidence, and the safety and well-being of everyone involved.

I hope the Court will consider this letter simply as an honest account from someone who has known Alex personally and has seen different sides of him throughout his life. I am not asking the Court to ignore the seriousness of the situation. I only wanted to provide the perspective that I can truthfully provide as his brother.

Thank you for taking the time to read my statement and consider my perspective.

Respectfully,

Konstantin Kurts

Brother to Alexsander Golovchenko