# Exhibit C

*Military Discharge - DD214*

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| **1. NAME** *(Last, First, Middle)* GOLOVCHENKO, ALEKSANDR ALEX | **2. DEPARTMENT, COMPONENT AND BRANCH** ARMY/ARNGUS | **3. SOCIAL SECURITY NUMBER** [redacted] |
| **4a. GRADE, RATE OR RANK** PFC | **b. PAY GRADE** E03 | **5. DATE OF BIRTH** *(YYYYMMDD)* 1976[redacted] |
| **6. RESERVE OBLIGATION TERMINATION DATE** *(YYYYMMDD)* 20160421 | | |
| **7a. PLACE OF ENTRY INTO ACTIVE DUTY** PORTLAND, OREGON | **b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)* 3780 CASTEEL ST HUBBARD OREGON 97032-0000 | |
| **8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND** D BTRY (1-78) STUDENT NG | **b. STATION WHERE SEPARATED** FORT SILL, OK 73503-5100 | |
| **9. COMMAND TO WHICH TRANSFERRED** B BTRY 2-218TH FA 333 ARMORY WAY MCMINNVILLE, OR 97128 | **10. SGLI COVERAGE** NONE [ ] AMOUNT: $200,000.00 | |

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
13B10 CANNON CREWMEMBER - 00 YRS 00 MOS// NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2008 | 05 | 27 |
| b. SEPARATION DATE THIS PERIOD | 2008 | 09 | 21 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 03 | 25 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 01 | 05 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2008 | 04 | 22 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
NONE//NOTHING FOLLOWS

| | | YES | | NO |
|---|---|---|---|---|
| **15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM** | | YES | X | NO |
| **b. HIGH SCHOOL GRADUATE OR EQUIVALENT** | X | YES | | NO |

| | | YES | NO |
|---|---|---|---|
| **16. DAYS ACCRUED LEAVE PAID** 0 | **17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** | NA | NA |

**18. REMARKS** //////////////////////////////////////////////////////////////////////////////////////////
BLOCK 25: ORDERS NUMBER 8113010, 20080422//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE// NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*
[redacted]
HUBBARD OREGON [redacted]

**b. NEAREST RELATIVE** *(Name and address – include ZIP Code)*
JULIE GOLOVCHENKO
[redacted]

**20. MEMBER REQUESTS COPY 6 BE SENT TO** OR **DIRECTOR OF VETERANS AFFAIRS** X YES [ ] NO

**21. SIGNATURE OF MEMBER BEING SEPARATED**

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
SMITH.PAULLA.B.[redacted]
PAULLA B SMITH, YC2, SUPERVISOR

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| | | |
|---|---|---|
| **23. TYPE OF SEPARATION** RELEASE FROM ACTIVE DUTY TRAINING | **24. CHARACTER OF SERVICE** *(Include upgrades)* HONORABLE | |
| **25. SEPARATION AUTHORITY** AR 635-200, CHAP 4 | **26. SEPARATION CODE** MBK | **27. REENTRY CODE** NA |
| **28. NARRATIVE REASON FOR SEPARATION** COMPLETION OF REQUIRED ACTIVE SERVICE | | |
| **29. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)* NONE | | **30. MEMBER REQUESTS COPY 4** *(Initials)* AAG |