# Exhibit D

*Letter to Court by Mr. Golovchenko*

Your Honor:

I am writing to respectfully ask the Court for leniency as you determine my sentence. I accept responsibility for the conduct that brought me before the Court, and I am deeply sorry for the harm and disappointment I have caused. I know that my actions were wrong and that there must be serious consequences for them.

My mother raised me, along with my older sister and brother, to have good values, to respect others, and to help people in need whenever possible. Being away from my family has caused me to think a great deal about my life and the choices I have made. I realize now how much more time I should have spent with my family, especially with my mother.

Recently, my grandmother passed away. I was not able to say goodbye to her, and that has been very painful for me. It has also made me think even more about the time I have lost with the people I love.

My mother is 76 years old and has been experiencing health problems. She would never blame me for what she is going through, but I know that my incarceration and this case have caused her additional stress and worry. It hurts me to know that my choices have affected her. I love my mother very much, and I pray that I will have the opportunity to see her again and spend meaningful time with her when I am released.

I am not asking the Court to excuse what I did or to allow me to avoid responsibility. I understand that I must be punished. I respectfully ask the Court to impose the minimum sentence permitted by law. That sentence will still require me to spend many years away from my family, and I understand the seriousness of that consequence.

While I serve my sentence, I intend to do everything I can to become a better person. I want to participate in treatment, learn from my mistakes, and work on the problems in my thinking and behavior that brought me to this point. If I am fortunate enough to return to my family, I want to live the rest of my life in a way that reflects the values my mother tried to teach me.

Thank you for taking the time to read my letter and for considering what I have written. I appreciate the opportunity to express my remorse and my commitment to becoming a better person while I serve my sentence.

Respectfully,

Aleksandr Golovchenko