**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JOHN L. BADALAMENTI**

CASE NO. 8:25-cr-384-JLB-AAS DATE: September 9, 2026
TITLE: USA v. **Aleksandr Golovchenko**
TIME: 2:30PM – 3:57PM TOTAL: 1 hour 27 minutes

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Lori Cecil Vollmer | Probation: Jessica Racaza |

| | |
|---|---|
| Counsel for Government: | Courtney Derry |
| Counsel for Defendant: | Ryan J. Maguire |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, Three, Four, and Five of the Indictment.

Defendant's objections to the Final Presentence Investigation Report:
1. Paragraph 35 [Specific Offense Characteristic-USSG §2G2.1(b)(2)(A)]: OVERRULED for the reasons stated on the record.

Counsel addressed the Court.

Victim impact letter read into the record by the Government.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Imprisonment: 300 months. This term consists of a 300-month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently.

Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently.

Fine is waived.

Special Assessment: $500. This obligation is to be paid immediately.

JVTA Special Assessment: Not imposed.

AVAA Assessment: $17,000. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at a BOP facility close to Jefferson, Oregon to promote rehabilitation of the Defendant so that he can have easier contact and visits with his family.
2. Upon entry at the BOP facility, Defendant shall receive a psychological evaluation, treatment, and counseling for sex offenders.
3. Defendant be allowed to study for and obtain his GED and participate in any other educational programs that are available.
4. Defendant be allowed to receive vocational training in the following areas: electricity, construction, and carpentry and any other vocational training opportunities that are available.
5. Defendant be allowed to receive vocational training to obtain his Commercial Driver's License (CDL).

Special conditions of supervised release:

- Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. Defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

- Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

- Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility. Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

- Defendant shall have no contact, direct or indirect, with victims identified in this case.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents

that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

- Defendant shall provide the probation officer access to any requested financial information.

- Defendant shall refrain from engaging in any employment related to the direct interaction with minors and/or employment that requires close proximity to minors.

- If deported, Defendant shall not re-enter the United States without the express permission of the appropriate governmental authority

- Defendant shall refrain from any unlawful use of controlled substances. The mandatory drug testing provisions of the Violent Crime Control Act are suspended. However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 40 |
| Criminal History Category | I |
| Imprisonment Range | 292 – 365 months |
| Supervised Release Range | 5 years to LIFE, per count |
| Restitution | None requested |
| Fine Range | $50,000 - $500,000 |
| Special Assessment | $500 |
| JVTA Assessment | $5,000 per count |
| AVAA Assessment | Counts 1, 2, and 3: Not more than $50,000 per count |