APPEAL,CLOSED,CUSTODY,SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:25−cr−00384−JLB−AAS−1

Case title: USA v. Golovchenko

Magistrate judge case number: 8:25−mj−02491−TGW

Date Filed: 08/12/2025

Date Terminated: 09/10/2026

---

Assigned to: Judge John L. Badalamenti
Referred to: Magistrate Judge Amanda Arnold Sansone

**Defendant (1)**

**Aleksandr Golovchenko**
*TERMINATED: 09/10/2026*

represented by

**Ryan J. Maguire**
Federal Defender Office, MDFL
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2075
Email: ryan_maguire@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Stephen Consuegra**
Federal Defender Middle District of Florida
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Email: stephen_consuegra@fd.org
*TERMINATED: 08/27/2025*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251A.F SELLING OR BUYING OF CHILDREN (1) | Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. |

| | |
|---|---|
| | Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. |
| 18:2251A.F SELLING OR BUYING OF CHILDREN (2) | Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. |
| 18:2251A.F SELLING OR BUYING OF CHILDREN (3) | Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. |
| 18:2422.F COERCION OR ENTICEMENT OF FEMALE/MALE (4) | Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. |
| 18:2422.F COERCION OR ENTICEMENT OF FEMALE/MALE (5) | Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. |

**<u>Highest Offense Level (Opening)</u>**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F SEXUAL EXPLOITATION OF CHILDREN | Dismissed. |

---

**Plaintiff**

**USA** represented by **Courtney Derry**
DOJ−USAO
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813−274−6000
Email: courtney.derry@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James A. Muench**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Email: james.muench2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2025 | 1 | COMPLAINT as to Aleksandr Golovchenko (1). (AMS) [8:25−mj−02491−TGW] (Entered: 08/13/2025) |
| 08/12/2025 | 1 | INDICTMENT returned in open court as to Aleksandr Golovchenko (1) count(s) 1−3, 4−5. (Attachments: # 1 Restricted Unredacted Indictment) (JKB) (Entered: 08/13/2025) |
| 08/14/2025 | 3 | NOTICE OF ATTORNEY APPEARANCE James A. Muench appearing for USA. (Muench, James) (Entered: 08/14/2025) |
| 08/25/2025 | 4 | |

| | | |
|---|---|---|
| | | ***CJA 23 Financial Affidavit by Aleksandr Golovchenko. (KMN) (Entered: 08/25/2025) |
| 08/25/2025 | 7 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Aleksandr Golovchenko: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (KMN) (Entered: 08/26/2025) |
| 08/25/2025 | 8 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery by Aleksandr Golovchenko. (KMN) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/26/2025) |
| 08/25/2025 | 9 | ORAL MOTION for Detention, ORAL MOTION for Discovery by USA as to Aleksandr Golovchenko. (KMN) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/26/2025) |
| 08/25/2025 | 10 | **ORAL ORDER granting 8 Motion to Appoint Counsel Stephen Consuegra for Aleksandr Golovchenko appointed as to Aleksandr Golovchenko (1); granting 8 Motion for Discovery as to Aleksandr Golovchenko (1); granting 9 Motion for Detention as to Aleksandr Golovchenko (1); granting 9 Motion for Discovery as to Aleksandr Golovchenko (1). Signed by Magistrate Judge Thomas G. Wilson on 8/25/2025. (KMN)** (Entered: 08/26/2025) |
| 08/25/2025 | 11 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: ARRAIGNMENT as to Aleksandr Golovchenko (1) Count Complaint, 1−3, 4−5, held on 8/25/2025 Defendant(s) pled not guilty, Initial Appearance as to Aleksandr Golovchenko held on 8/25/2025. (DIGITAL) (KMN) (Entered: 08/26/2025) |
| 08/25/2025 | 14 | Arrest Warrant Returned Executed on 7/23/2025 as to Aleksandr Golovchenko. (EGP) (Entered: 08/28/2025) |
| 08/26/2025 | 12 | **ORDER OF DETENTION PENDING TRIAL as to Aleksandr Golovchenko. Signed by Magistrate Judge Thomas G. Wilson on 8/26/2025. (KMN)** (Entered: 08/26/2025) |
| 08/27/2025 | 13 | NOTICE OF ATTORNEY APPEARANCE: Ryan J. Maguire appearing for Aleksandr Golovchenko *and Substitution of Counsel*. (Maguire, Ryan) (Entered: 08/27/2025) |
| 08/29/2025 | 15 | Joint MOTION for Protective Discovery Order by USA as to Aleksandr Golovchenko. (Attachments: # 1 Text of Proposed Order Protective Discovery Order)(Derry, Courtney) Motions referred to Magistrate Judge Amanda Arnold Sansone. Modified text on 9/2/2025 (BD). (Entered: 08/29/2025) |
| 09/02/2025 | 16 | **ORDER granting 15 Motion for Protective Order as to Aleksandr Golovchenko (1). Signed by Magistrate Judge Amanda Arnold Sansone on 9/2/2025. (JS)** (Entered: 09/02/2025) |
| 09/09/2025 | 17 | STATUS REPORT *Joint* by USA as to Aleksandr Golovchenko (Derry, Courtney) (Entered: 09/09/2025) |
| 09/15/2025 | 18 | Unopposed MOTION to Continue trial by Aleksandr Golovchenko. (Maguire, Ryan) (Entered: 09/15/2025) |

| | | |
|---|---|---|
| 09/17/2025 | 19 | **PRETRIAL discovery order and notice as to Aleksandr Golovchenko Jury Trial set for 10/6/2025 at 01:30 AM in Tampa Courtroom 15 A before Senior District Judge Steven D. Merryday. Status Report due by 9/10/2025. Signed by Magistrate Judge Amanda Arnold Sansone on 9/17/2025. (JS)** (Entered: 09/17/2025) |
| 09/18/2025 | 20 | **ORDER granting 18 Motion to Continue as to Aleksandr Golovchenko (1). Jury Trial set for the January 2026 trial term. Signed by Senior District Judge Steven D. Merryday on 9/18/2025. (DAY)** (Entered: 09/18/2025) |
| 09/24/2025 | 21 | Case as to Aleksandr Golovchenko Reassigned to Judge John L. Badalamenti. New case number: 8:25−cr−384−JLB−AAS. Judge Steven D. Merryday no longer assigned to the case. (AJS) (Entered: 09/24/2025) |
| 09/29/2025 | 22 | NOTICE OF RESCHEDULING HEARING: The Jury Trial hearing previously scheduled for January 2026 is rescheduled as to Aleksandr Golovchenko. New hearing date and time: Jury Trial set for term commencing 1/5/2026 in Tampa Courtroom 7A before Judge John L. Badalamenti. Status Conference set for 12/8/2025 at 01:30 PM via zoom video conference before Judge John L. Badalamenti.(BGS) (Entered: 09/29/2025) |
| 12/08/2025 | 23 | Minute Entry for Virtual proceedings held before Judge John L. Badalamenti: STATUS CONFERENCE as to Aleksandr Golovchenko held on 12/8/2025. Court Reporter: Lori Cecil Vollmer (BGS) (Entered: 12/09/2025) |
| 12/08/2025 | 24 | ORAL MOTION to Continue trial by Aleksandr Golovchenko. (BGS) (Entered: 12/09/2025) |
| 12/08/2025 | 25 | **ORAL ORDER granting 24 ORAL Motion to Continue as to Aleksandr Golovchenko (1). Jury Trial set for term commencing 4/6/2026 in Tampa Courtroom 9 B before Judge John L. Badalamenti. Status Conference set for 3/9/2026 at 01:30 PM in Zoom Video Conference before Judge John L. Badalamenti. After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the April 2026 trial calendar constitutes excludable time. Signed by Judge John L. Badalamenti on 12/8/2025. (BGS)** (Entered: 12/09/2025) |
| 03/09/2026 | 26 | Minute Entry for Virtual proceedings held before Judge John L. Badalamenti: STATUS CONFERENCE as to Aleksandr Golovchenko held on 3/9/2026. Court Reporter: Lori Cecil Vollmer (BGS) (Entered: 03/10/2026) |
| 03/09/2026 | 27 | ORAL MOTION to Continue trial by Aleksandr Golovchenko. (BGS) (Entered: 03/10/2026) |
| 03/09/2026 | 28 | **ORAL ORDER granting 27 ORAL Motion to Continue trial as to Aleksandr Golovchenko (1). Jury Trial set for term commencing 5/4/2026 in Tampa Courtroom 9 B before Judge John L. Badalamenti. Status Conference set for 4/13/2026 at 01:30 PM in Zoom Video Conference before Judge John L. Badalamenti. After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the May 2026 trial** |

| | | |
|---|---|---|
| | | **calendar constitutes excludable time. Signed by Judge John L. Badalamenti on 3/9/2026. (BGS)** (Entered: 03/10/2026) |
| 03/10/2026 | 29 | **TEXTED ORDER as to Aleksandr Golovchenko. Defendant's written Waiver of Speedy Trial through May 2026 to be filed within ten (10) calendar days. Signed by Judge John L. Badalamenti on 3/10/2026. (BGS)** (Entered: 03/10/2026) |
| 03/19/2026 | 30 | WAIVER of speedy trial through July 31, 2026 by Aleksandr Golovchenko (Maguire, Ryan) (Entered: 03/19/2026) |
| 04/13/2026 | 31 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Aleksandr Golovchenko (Derry, Courtney) (Entered: 04/13/2026) |
| 04/13/2026 | 32 | Minute Entry for Virtual proceedings held before Judge John L. Badalamenti: STATUS CONFERENCE as to Aleksandr Golovchenko held on 4/13/2026. Court Reporter: Lori Cecil Vollmer (BGS) (Entered: 04/13/2026) |
| 04/13/2026 | 33 | ORAL MOTION to Continue trial by Aleksandr Golovchenko. (BGS) (Entered: 04/13/2026) |
| 04/13/2026 | 34 | **ORAL ORDER granting 33 ORAL Motion to Continue trial as to Aleksandr Golovchenko (1). Jury Trial set for term commencing 7/1/2026 in Tampa Courtroom 9 B before Judge John L. Badalamenti. Status Conference set for 6/8/2026 at 01:30 PM in Zoom Video Conference before Judge John L. Badalamenti. After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the July 2026 trial calendar constitutes excludable time. Signed by Judge John L. Badalamenti on 4/13/2026. (BGS)** (Entered: 04/13/2026) |
| 04/22/2026 | 35 | NOTICE OF HEARING as to Aleksandr Golovchenko: Guilty Plea Hearing set for 4/29/2026 at 02:00 PM in Tampa Courtroom 10 B before Magistrate Judge Amanda Arnold Sansone. (JS) (Entered: 04/22/2026) |
| 04/29/2026 | 36 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: GUILTY PLEA HEARING as to Aleksandr Golovchenko held on 4/29/2026. (DIGITAL) (JS) (Entered: 04/29/2026) |
| 04/29/2026 | 37 | CONSENT regarding entry of a plea of guilty as to Aleksandr Golovchenko (JS) (Entered: 04/29/2026) |
| 04/29/2026 | 38 | CONSENT to institute presentence investigation report as to Aleksandr Golovchenko. (JS) (Entered: 04/29/2026) |
| 04/29/2026 | 39 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: counts One, Two, Three, Four, and Five of the Indictment as to Aleksandr Golovchenko. Signed by Magistrate Judge Amanda Arnold Sansone on 4/29/2026. (JS)** (Entered: 04/29/2026) |
| 04/30/2026 | 40 | NOTICE canceling Status Conference hearing scheduled for June 8, 2026 and Jury Trial set for term commencing July 1, 2026 as to Aleksandr Golovchenko. (BGS) (Entered: 04/30/2026) |

| | | |
|---|---|---|
| 05/14/2026 | 41 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) One, Two, Three, Four, and Five of the Indictment as to Aleksandr Golovchenko. Signed by Judge John L. Badalamenti on 5/14/2026. (Sentencing set for 8/13/2026 at 01:30PM in Tampa Courtroom 9 B before Judge John L. Badalamenti.)Counsel must file any motion for a continuance of sentencing no later than FOURTEEN (14) DAYS BEFORE the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than SEVEN (7) DAYS BEFORE the sentencing date.No later than SEVEN (7) DAYS BEFORE the sentencing date, counsel must notify Judge Badalamenti's Courtroom Deputy, Bettye Samuel, Bettye_Samuel@flmd.uscourts.gov, and file a written notice if a party is seeking an evidentiary sentencing hearing (i.e., witness testimony) or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes. (BGS) (Entered: 05/14/2026) |
| 05/15/2026 | 42 | MOTION for Forfeiture of a Preliminary Order by USA as to Aleksandr Golovchenko. (Muench, James) (Entered: 05/15/2026) |
| 06/01/2026 | 43 | **PRELIMINARY ORDER OF FORFEITURE as to Aleksandr Golovchenko (1). The United States' Motion for Preliminary Order of Forfeiture (Doc. 42) is GRANTED. Signed by Judge John L. Badalamenti on 6/1/2026. (BGS)** (Entered: 06/01/2026) |
| 07/02/2026 | 44 | PROOF OF PUBLICATION as to Aleksandr Golovchenko newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from June 2, 2026 through July 01, 2026. (Muench, James) (Entered: 07/02/2026) |
| 07/27/2026 | 46 | Unopposed MOTION to Continue Sentencing and associated deadlines by Aleksandr Golovchenko. (Maguire, Ryan) (Entered: 07/27/2026) |
| 07/27/2026 | 47 | **ENDORSED ORDER granting 46 Unopposed Motion to Continue Sentencing and Associated Deadlines as to Aleksandr Golovchenko (1). The Sentencing will be rescheduled by separate notice. Signed by Judge John L. Badalamenti on 7/27/2026. (BGS)** (Entered: 07/27/2026) |
| 07/27/2026 | 48 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for August 13, 2026 is rescheduled as to Aleksandr Golovchenko. NEW HEARING DATE AND TIME: Sentencing set for 9/9/2026 at 02:30PM in Tampa Courtroom 9 B before Judge John L. Badalamenti.Counsel must file any motion for a continuance of sentencing no later than FOURTEEN (14) DAYS BEFORE the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than SEVEN (7) DAYS BEFORE the sentencing date.No later than SEVEN (7) DAYS BEFORE the sentencing date, counsel must notify Judge Badalamenti's Courtroom Deputy, Bettye Samuel, Bettye_Samuel@flmd.uscourts.gov, and file a written notice if a party is seeking an evidentiary sentencing hearing (i.e., witness testimony) or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.Absolutely no continuances will be granted absent a showing of extraordinary circumstances. (BGS) (Entered: 07/27/2026) |
| 08/05/2026 | 49 | |

| | | |
|---|---|---|
| | | MOTION for Forfeiture of a Final Order by USA as to Aleksandr Golovchenko. (Muench, James) (Entered: 08/05/2026) |
| 08/07/2026 | 50 | **ORDER granting 49 United States' Motion for Final Order of Forfeiture as to Aleksandr Golovchenko. Signed by Judge John L. Badalamenti on 8/7/2026. (GSO)** (Entered: 08/07/2026) |
| 09/01/2026 | 51 | SENTENCING MEMORANDUM by Aleksandr Golovchenko (Attachments: # 1 Exhibit B−Letters of Support, # 2 Exhibit C− Military Discharge DD214)(Maguire, Ryan) (Entered: 09/01/2026) |
| 09/02/2026 | 55 | SENTENCING MEMORANDUM by USA as to Aleksandr Golovchenko (Derry, Courtney) (Entered: 09/02/2026) |
| 09/09/2026 | 58 | NOTICE *of Filing* by Aleksandr Golovchenko re 51 Sentencing Memorandum. (Attachments: # 1 Exhibit D− Letter to Court)(Maguire, Ryan) (Entered: 09/09/2026) |
| 09/09/2026 | 59 | Minute Entry for In Person proceedings held before Judge John L. Badalamenti: SENTENCING held on 9/9/2026 for Aleksandr Golovchenko (1), Dismissed. Count(s) 1−3, 4−5, Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately.. Court Reporter: Lori Cecil Vollmer (BGS) (Entered: 09/10/2026) |
| 09/09/2026 | 60 | Oral Motion for Downward Variance by Aleksandr Golovchenko. (BGS) (Entered: 09/10/2026) |
| 09/09/2026 | 61 | **ORAL ORDER granting 60 Oral Motion for Downward Variance as to Aleksandr Golovchenko (1). Signed by Judge John L. Badalamenti on 9/9/2026. (BGS)** (Entered: 09/10/2026) |
| 09/10/2026 | 62 | **JUDGMENT as to Aleksandr Golovchenko (1); Count(s) 1−3, 4−5, Imprisonment: 300 months. This term consists of a 300−month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Supervised Release: LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently. Fine is waived. Special Assessment: $500. This obligation is to be paid immediately. JVTA Special Assessment: Not imposed. AVAA Assessment: $17,000. This obligation is to be paid immediately. Signed by Judge John L. Badalamenti on 9/10/2026. (BGS)** Modified text on 9/10/2026 (LNR). (Entered: 09/10/2026) |
| 09/11/2026 | 64 | NOTICE OF APPEAL by Aleksandr Golovchenko re 62 Judgment. Filing fee not paid. (Maguire, Ryan) (Entered: 09/11/2026) |

**Aleksandr Golovchenko**
**8:25-cr-384-JLB-AAS**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** **Case Number: 8:25-cr-384-JLB-AAS**

**v.** **USM Number: 98262-511**

**ALEKSANDR GOLOVCHENKO** **Ryan J. Maguire, AFPD**

## JUDGMENT IN A CRIMINAL CASE

Defendant pleaded guilty to Counts One, Two, Three, Four, and Five of the Indictment. Defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | On or about March 4, 2025 | One |
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | On or about March 10, 2025 | Two |
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | On or about March 13, 2025 | Three |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor to Engage in Sexual Activity | On or about March 4, 2025 | Four |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor to Engage in Sexual Activity | On or about March 13, 2025 | Five |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Aleksandr Golovchenko**
**8:25-cr-384-JLB-AAS**

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Judgment:

September 9, 2026

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

September 10, 2026

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 300 months. This term consists of a 300-month term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at a BOP facility close to Jefferson, Oregon to promote rehabilitation of the Defendant so that he can have easier contact and visits with his family.
2. Upon entry at the BOP facility, Defendant shall receive a psychological evaluation, treatment, and counseling for sex offenders.
3. Defendant be allowed to study for and obtain his GED and participate in any other educational programs that are available.
4. Defendant be allowed to receive vocational training in the following areas: electricity, construction, and carpentry and any other vocational training opportunities that are available.
5. Defendant be allowed to receive vocational training to obtain his Commercial Driver's License (CDL).

Defendant is hereby remanded to the custody of the United States Marshal.

Defendant shall report immediately to the U.S. Marshal Service for processing and further instructions.

## RETURN

I have executed this judgment as follows:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

Defendant delivered on ____________________ to ____________________________________

at ______________________________________________, with a certified copy of this judgment.

____________________________________________
UNITED STATES MARSHAL

By:__________________________________________
Deputy U.S. Marshal

SUPERVISED RELEASE

Upon release from imprisonment, Defendant will be on supervised release for a term of LIFE. This term consists of a [life] term as to Counts One, Two, Three, Four, and Five, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant shall submit to random drug testing not to exceed 104 tests per year.
4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.
5. Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the Probation Officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

Defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame.
2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.
3. Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. Defendant shall answer truthfully the questions asked by your Probation Officer.
5. Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
6. Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.
10. Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and

Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.

13. Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:____________________________ Date:________________________

**Aleksandr Golovchenko**
**8:25-cr-384-JLB-AAS**

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. Defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

3. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

5. Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

6. Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility. Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

7. Defendant shall have no contact, direct or indirect, with victims identified in this case.

8. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

9. Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

10. Defendant shall provide the probation officer access to any requested financial information.

11. Defendant shall refrain from engaging in any employment related to the direct interaction with minors and/or employment that requires close proximity to minors.

12. If deported, Defendant shall not re-enter the United States without the express permission of the appropriate governmental authority.

## CRIMINAL MONETARY PENALTIES

Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | Special Assessment | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **$500.00 To be paid immediately** | **N/A** | **WAIVED** | **$500.00 To be paid immediately** | **$0.00** | **$17,000.00 To be paid immediately** |

---

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub.L. No. 114-22.
***Findings for the total amount of losses, are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

## FORFEITURE

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-cr-384-JLB-AAS**

**ALEKSANDR GOLOVCHENKO.**
_______________________________________ /

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Aleksandr Golovchenko, the defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 10th day of September 2026.Doc. 62.

DATED this 30th day of September 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*

Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Courtney Derry, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender