**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-cr-384-JLB-AAS**

**ALEKSANDR GOLOVCHENKO.**
_______________________________________ /

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk is requested to enter the appearance of Laura Anne Ferro, Appellate Attorney, as counsel for Mr. Aleksandr Golovchenko, for appellate purposes only.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Defender
Middle District of Florida

*/s/ Laura Anne Ferro*
Laura Anne Ferro, Esq.
Research and Writing Attorney
Florida Bar No. 1015841
2075 W. First Street, Suite 300
Fort Myers, Florida 33901
Telephone: (239) 334-0397
E-Mail: Laura_Ferro@fd.org